iMMC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. '21 MJ2858 |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | |
| | ) | Title 18, U.S.C., Section 1001 |
| Juan MARTINEZ, | ) | False Statement to a Federal Officer |
| | ) | |
| Defendant. | ) | |

The undersigned complainant being duly sworn states:

On or about July 13, 2021 within the Southern District of California, Defendant, Juan MARTINEZ, in a matter within the jurisdiction of the Department of Homeland Security, United States Customs and Border Protection, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a United States Customs and Border Protection Officer at the Otay Mesa Port of Entry that he was a United States Citizen, whereas in truth and fact as Defendant then and there well knew, that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 14th of July 2021.

_____
HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On July 13, 2021, at approximately 10:09 A.M., Juan MARTINEZ (Defendant), applied for admission into the United States from Mexico at the Otay Mesa, California Port of Entry pedestrian primary lanes. At the limit line between Mexico and the United States, Defendant told a United States Customs and Border Protection (CBP) Officer that he had a warrant out for his arrest, that he failed to appear in court in the United States, and that he wanted to turn himself in. The CBP Officer asked Defendant if he was a United States Citizen; Defendant said yes. Defendant further stated that he was born in Los Angeles and grew up there. The CBP Officer asked Defendant his name; Defendant replied "Johnny Sanchez." The Officer asked Defendant if he had any documents with him or if he had a United States passport, and Defendant said no.

Defendant was then sent to the primary inspection booth. There, Defendant told the inspecting CBP Officer that his name was Juan Sanchez. The CBP Officer asked Defendant if he was a United States Citizen; Defendant said he grew up in Los Angeles. The CBP Officer then asked where he was born; Defendant said Mexico. The officer then asked Defendant if he was a United States citizen and Defendant said yes. The CBP Officer queried and referred the Defendant to secondary for further inspection, processing and disposition.

In Secondary, Defendant was queried by fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT and IAFIS returned matches to the queries revealing Defendant's true name and identity as Juan MARTINEZ. IDENT and IAFIS also linked Defendant to Federal Bureau of Investigation (FBI) and Department of Homeland Security (DHS) service records which identify Defendant as a citizen and national of Mexico without legal documents to enter, pass through or reside in the United States. National Crime Information Center records checks yielded positive results for a warrant from Gardena Police Department with an offense of Robbery.

DHS records revealed Defendant was ordered removed from the United States to Mexico by an Immigration Judge on or about February 22, 2021 and was physically removed on or about February 24, 2021 through Calexico, California. In all, records show Defendant has been deported from the United States eight times. DHS records contain no evidence Defendant has applied for or received permission from the United States Attorney General or designated successor, the Secretary of

the Department of Homeland Security, to legally seek reapplication for admission into the United States.

After his arrest, and prior to advisement of *Miranda* rights, Defendant voluntarily stated that his intentions were to come to the United States to fix his green card under DACA. Defendant stated he applied for a "U" visa due to being a victim of gang violence. Record checks revealed Defendant did petition for a "U" non-immigrant visa in 2015, but it was denied in 2017.